**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CALEB CAULEY and ASHLYN WAGLEY,                                        PLAINTIFFS
each individually and on behalf of all others
similarly situated

v.                                                  4:18-cv-00845-JJV

UNITED CEREBRAL PALSY OF
CENTRAL ARKANSAS, INC., and
PAULA RADER                                                           DEFENDANTS

## <u>ORDER & JUDGMENT</u>

The parties reached a settlement in this matter on October 19, 2020.  The parties have now filed a Joint Motion to Dismiss and for Approval of Settlement Agreement.  (Doc. No. 73.)  After careful review of the pleadings, including an *in camera* review of the proposed settlement agreement, the Court approves the proposed settlement and grants the Joint Motion to Dismiss.  The agreement is fair, reasonable, and adequate, as required by Federal Rule of Civil Procedure 23(e).  In reaching this conclusion, the Court has considered the strength of the Plaintiffs' case, the complexity and expense of further litigation, and the fact that there are no absent class members.

IT IS, THEREFORE, ORDERED that:

1.      The parties' Joint Motion to Dismiss and for Approval of Settlement Agreement (Doc. No. 73) is GRANTED and the case is dismissed with prejudice.

2.      The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement.

DATED this 8th day of February 2021.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE